**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 0 6 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MICHELLE TOWNSEND )
)
_____ , )
)
Plaintiff(s), )
)
vs. )
)
NBC NATIONAL BROADCASTING COMPANY )
Inc. )
and Affiliates, RYAN SEACREST, DONALD TRUMP )
)
)
Defendant(s). )

12cv4431
Judge Ruben Castillo
Magistrate Michael T. Mason

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Michelle Townsend

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _NBC NATIONAL BROADCASTING COMPANY and Affiliates_, is
    (name, badge number if known)

    ☑ an officer or official employed by _NBC NATIONAL BROADCASTING COMPANY_
    (department or agency of government)
    _INC. and Affiliates_____ or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official

    acted is_____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _04 / 2008_____, at approximately _____7:00_____ ☐ a.m. ☑ p.m.
    (month,day, year)
    plaintiff was present in the municipality (or unincorporated area) of _____

    _____ , in the County of _Cook_____ ,

    State of Illinois, at _946 North CLEVELAND AVENUE CHGO., IL 60610_____ ,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that
    applies)*:

    ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had
      committed, was committing or was about to commit a crime;

    ☑ searched plaintiff or his property without a warrant and without reasonable cause;

    ☑ used excessive force upon plaintiff;

    ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
      one or more other defendants;

    ☑ failed to provide plaintiff with needed medical care;

    ☑ conspired together to violate one or more of plaintiff's civil rights;

    ☑ Other:
      _SAT BACK and WATCHED ME DIE WITHOUT INTERVENE OF SOME NATURE;_

      _STOLE PRIVATE CREATIVE IDEAS for PUBLIC USE W/O COMPENSATION._

2

4. Defendant, _RYAN SEACREST_____, is
(name, badge number if known)

☒ an officer or official employed by _NBC NATIONAL BROADCASTING COMPANY INC_;
(department or agency of government)

_____and Affiliates_____ or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about _04 | 2008___, at approximately ___7:00____ ☐ a.m. ☒ p.m.
(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of ___Cook_____,

State of Illinois, at _946 North Cleveland Avenue CHGO., IL 60610_____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows (***Place X in each box that
applies***):

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had
committed, was committing or was about to commit a crime;

☒ searched plaintiff or his property without a warrant and without reasonable cause;

☒ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
one or more other defendants;

☒ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☒ Other:
_SAT BACK and WATCHED ME DIE WITHOUT INTERVENE OR SOME NATURE,_
_STOLE PRIVATE CREATIVE IDEAS FOR PUBLIC USE W/O COMPENSATION._

2

4. Defendant, _DONALD TRUMP_____, is
(name, badge number if known)

☑ an officer or official employed by _NBC NATIONAL BROADCASTING COMPANY Inc_
(department or agency of government)
_and Affiliates_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about _04| 2008_____, at approximately _7:00_____ ☐ a.m. ☑ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of _Cook_____,

State of Illinois, at _946 NORTH CLEVELAND AVENUE CHGO IL 60610_____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows (*Place X in each box that applies*):

☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☑ searched plaintiff or his property without a warrant and without reasonable cause;
☑ used excessive force upon plaintiff;
☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☑ failed to provide plaintiff with needed medical care;
☑ conspired together to violate one or more of plaintiff's civil rights;
☑ Other:
_SAT BACK and WATCHED ME DIE WITHOUT INTERVENE OF SOME_

_NATURE; STOLE PRIVATE CREATIVE IDEAS FOR PUBLIC USE W/o COMPENSATION._

2

_____ .

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*):_____

_____

_____

_____ .

8.    Plaintiff was charged with one or more crimes, specifically:

A.) TRESPASSING

B.) ASSAULT and BATTERY

C.) MAKING A PUBLIC SCENE / DISORDERLY CONDUCT

D.) GOING THRU TURNSTYLE @ CTA 'EL' STATION W/O PAYING

9.    (*Place an X in the box that applies. If none applies, you may describe the criminal
proceedings under "Other"*)  The criminal proceedings

☐  are still pending.

☐  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒  Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows  IT WAS ALL A SETUP FOR THE PRODUCTION COMPANY'S

ENTERTAINMENT VALUE, NOT BECAUSE I WAS GUILTY OF ANYTHING for REAL.

☐  Other: _____ .

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*)

_____ SEE ATTACHED LEGAL SHEET # 1-6aa _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ .

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

_____ Please See attached legal sheet #1bb _____

_____

_____

_____ .

13.    Plaintiff asks that the case be tried by a jury.    ☒ Yes        ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE**, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Michelle Townsend Michelle Townsend_

Plaintiff's name *(print clearly or type)*: _Michelle Townsend_

Plaintiff's mailing address: _751 East 84th Street Apt. #1E_

City _Chgo_ State _IL_ ZIP _60619_

Plaintiff's telephone number: (3̶1̶2̶) 773 2̶5̶6̶-5̶9̶3̶7̶ 808.9215 .M.J.

Plaintiff's email address *(if you prefer to be contacted by email)*: _Do Not use_

_N/A_

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5    04/06/2012 M.J.

Complaint for Violation of Constitutional Rights p. #4

#10. Plaintiff further alleges as follows: Describe what happened that you believe supports your claims. To the extent possible, be specific as to your actions and the actions of each defendant.) As with all of the below mentioned instances, for the sake of argument, one defendant is not excluded from the other; though they employ others to do there dirty work for them.

I. 1st Amendment

#1. Congress shall make no law respecting an establishment of Religion: This production company will go out of their way to keep me from utilizing my home church (establishment of Religion) All I want to do is God's will, Read The Bible and discuss The Scriptures with others. Because of their Religious indifference the type of actions they implore varies, from interfering with my actual health care to taking and/or Replacing my medications from the doctor, thereby keeping me physically ill.

#2. Or prohibiting the free exercise thereof: Whenever I try to show God my appreciation through song, dance, worship or praise, they warn me about the mention of my God, The Creator of everything. As a protected Religious class member, I try to talk with others about God or ask them to pray with me. The defendants will cut the conversation short by having someone call or stop by the house to stop me, in the middle of the act.

#3) Abridging the Freedom of Speech: Because of my National Ancestry status, I believe I am free to talk about anything I so please, if it is not anything negative, condescending, sexual, violent or non-Religious or something they are promoting. I am shushed/silenced through threats against myself, family or friends or some other type of malicious prosecution and punishment. I have done nothing except try to talk with and console myself. They will utilize private and city (CHGO) emergency vehicle's sirens and horns to send me warning clues to shut or control my mouth.

#4) Or of the Press: I am not allowed to contact anyone outside of their prescribed circle of workers. I have tried on several occasions to contact members of the press/media for help with my situation. When I have tried to call someone, the telephone (#) call does not go through. Though disabled, I have even gone out to a location only to be barred/banned from the premises by security. I have even tried to get help from Pam Oliver, to no avail, only to be given the run around. No matter where or to whom, I have reached out for help, they have made sure I was not given any useful assistance.

#5) And to petition the government for a Redress of grievances: I have gone to both IL. Senators Dick Durbin and Roland Burris for help. I asked both offices for assistance with the bogus upcoming eviction from public housing at 914 N. Cleveland Avenue in 2009, without any significant aid. They had the workers in Senator Durbin's office to call Homeland

Cont'd Complaint Violation p #4

Security on me and have me arrested for causing a disturbance. In April 2010, I had to go to federal court, Room #2266 to answer the charge of injustice. Thankfully, Sen. Burris office only gave me the Run around without any pending charges.

#5B) To petition the Gov't for a Redress of grievances: As a natural born citizen of the U.S.A. I was taught that I was legally able to take any wrong doer against me to court. As a protected class member, under the a) Race, b) color, c) ancestry, d) national origin, e) Religious, f) sexual orientated, g) age, and h) disabled categories I could be allowed some type of Remedy. Especially since I have a preponderance of evidence on my side to prove my case. And calling in the uniqueness of this case, some thing, acts and actions against a plaintiff never seen before and with special exceptions under fraudulent concealment of the defendants and their actions, The time clock under the 'computation of time' does and has not expired for various reasons. 1.) The acts are still occurring to this day w/the Recording and denial of their existence. 2) They have not made their intent known to me nor asked my consent or permission to take over every area of my life. Not once have we entered into any type of contract or agreement on any terms, for them to blatantly and negligently violate every last one of my constitutional Rights afforded to me by our country's forefathers. And every civil and human Rights granted by God, first and foremost. Not to mention any international human Rights set forth by the 1864 Geneva Convention, etc.

3) See # II 4th amendment, #1 B. under medical and new drama issues, To Show that there is no statute of limitation on murder and note, on being forced to pur- chase the same prescribed meds at a higher rate. I tried to bring suit against this (NBC) Broadcasting company and its affiliates in the Circuit Court of Cook County on Feb. 29, 2012. I had a return date of March 22, 2012, only to be called later and told to come back in because the docket numbers (all of them) had been changed. This one was changed from #2012L010863 to 121-11272, which does not make any sense. But none of the things they have done thus far has, except for their financial gain, my family and friends detriment and anguish and my personal torture, torment and death.

II. 3RD AMENDMENT

No solider shall, in time of peace be quartered in any house, without the con- sent of the owner. This production company has me under false imprison- ment in my apartment unit as a way to keep up with me and my activities. The property manager, Mario, with Bayshore Properties LLC, at Chatnam Grove Apts gave them permission and access to my unit. As a sick, disabled female living alone I am/was kept under forced social isolation from the world. Though I am the leaseholder, I did not give them either, nor knew of their existence, or any of their underhanded activities. I am a branded solider in the Army of THE LORD GOD OF ALL CREATION. I had done NOTHING WRONG OUTSIDE OF trying to live my life as best possible, which, I thought I was doing in the pri- vacy of my own space and places from 946 N. Cleveland Avenue to my cur- rent address at 751 E. 84th Apt. #1E in CHGO. Only to discover, I had none.

Cont'd  Complaint for Constitutional Rights

Privacy with cameras and microphones set up without my knowledge, consent or their locations. To keep me indoors they will/would hide or steal my clothing, papers, money, id, medicine and so forth. They would even go so far as to have others to deny the reality of their existence and the things they are doing to me and around me.

III. 4th Amendment

#1A) The right of the people to be secure in their persons... These people have had known and unknown persons to violate my person on the street, in my home(s), and anywhere else they find an opportunity. Things from the terrifying of physical and vehicular assault, seduction, attempted rape and murder. To the mundane which includes having others constantly approach me sexually, physically; drawing blood, playing with my body and changing my clothes. I have done nothing but tried to live my life, mind my business and try to help people whenever possible. They must pay people to do these activities because they would not ordinarily do stupid stuff to others they do not know.

#1B) Though a protected disabled class member, these people have had various hospitals and clinics to deny giving me consistently, quality proper medical care for my legitimate illnesses. injuries to my body/person are from the devastating effects (affects) of the SLE flares, the fibromyalgia and the interconnective muscular skeletal disorder. The overall damage from repeated

Strokes, heart attacks, lungs, joints and brain damage on the cellular and nerve levels. During the most critical times in my health care crises with my life on the line, I have dragged myself into these places for help. Only to have these people to either refuse to give me care or to start new drama with me at the wrong time. Had US continu meds reduced 60% ("02/09/12"), 04/10/12 NONE.

#2.) "The right of the people to be secure in their houses": They (Production company) have people came into my different residences from 946 P. Cleveland Ave., to the current one at 7751 E. 84th St. Apt. #1E. Again, I have done nothing to anyone except asked for help and assistance with my unique God Given Abilities (Gifts). They have people to come in, move, steal, replace my personal and business items without my consent or knowledge. But always at my overall expense in every area of life from Spiritual, emotional, social, financial, etc.

#3.) "The Right of the people to be secure in their papers, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath, or affirmation,..." They have people take my personal and business papers/documents from my person and my homes or wherever I maybe at a given time. Again, I have done nothing on my own accord to warrant any of these negative and dangerous acts. All that they have not moved, rearranged, copied, or outright stolen, they have had the items damaged and/or destroyed.

Cont'd Constitutional Rights Violation Complaint p. #4

#4A.) The Right of the people to be secure in their effects; These people has and will setup and cause situations and activities to happen to me and around me for different reasons. Mainly for entertainment purposes for others and a financial gain for those within their circle. While I am generally the target to be discredit, humiliate, disassociate and disrespect my God, family and self are in the dark over the matters. Again, it is done to my detriment. I do nothing but try to live my life and express myself positively and creatively.

#4B.) The Right of the people to be secure in their effects, ... and particulaly describing the place to be searched, and the persons or things to be seized. These people have others to steal and tamper with anything I like, need or want. Whether food tampering, money, clothing, medicine and anything else that I may care about. It seems they have no bottom level that they will not stay away from. To think that they have deliberately poisoned my body and environment as well as the items, food, medicine and liquids that I ingest. It is just too overwhelming of a concept to allow to be entertained in my mind for too long of a time period. So much so that I am leery of consuming any food or liquids (nutrients) because I am unsure if it is safe or not. I walk around looking gaunt, like the 'crypt keeper's' wife. I do not have enough cushion to sit comfortable in a non padded chair or tub. The Criminal trespassing that they and others employ has far exceeded just the secret Recording; the physical injuries and the psychological harassment that I experience is solely a liable Responsibility; is all their own weight they must carry. No help from em.

## IV 5th AMENDMENT

#1.) No person shall... be deprived of life,... as a result of the defendant's (remember all included) wantonly, reckless, deadly disregard for my life and those associated with me. They are responsible for all injuries and damages to my person because of their constant violation of my constitutional rights. The injuries to my body from the terminal SLE flares, the interconnected muscular, skeletal disorders and the poisonings is great. Along with the repeated strokes, heart attacks and various other illnesses. They have caused damaged to my digits (fingers/ toes) disfigured and the joints from the interconnective disorder. The poisonings have affected my brain and other cellular areas throughout my body. The chronic pain disorders throughout my body, but especially my lower left area of my ovary area and back comes from the constant shaking and jarring of the floors where I live and visit. They will even shake the concrete ground that I walk on just to prove their might. I have done nothing to warrant this treatment at their hands. Though I have gone out of my way and used all types of energy and resources to get some help. The severity of the illnesses and the resulting number (7) of cases of my death at their hands and from the illnesses is mind blowing. Keep in mind that there is no limitation of the statutes that must be adhered to. They, as of 02/09/2012 was able to have pain medicine of Morphine Sulfate decreased from 100mg-3xs daily—to 600mg each-3xs daily. All this is/was done secretly w/o the doctor's knowledge, over the next two following months. Then on both 04/10 & 04/17 2012, they would not allow(ed) the doctor Muriel Jean-Jacques, to write another prescription.

Cont'd  Constitutional Rights Violation Claim p. #4

Unless, I agreed to seek psychological help for delusions, since I will not admit to their supposedly non-existence. As well as to take the psychotropic drugs for this non-existent psychological disorder. Since they have been successful in cutting out all of my much needed and warranted pain meds. This includes having the ibuprofen 800 mg -3xs daily fraudulently re-duced down to 400 mg tablets -3xs daily. Thereby forcing me to double up on the prescriptions--which was not enough in the first place. This has forced me to seek out other ways to get some relief from the pain illegally. Since I have said in the past that I would go to the secret area of life, the street corner. There, as long as you give the drug dealer your money for the narcotic, they ask no questions. So doing this forces my hands to stop the withdrawal symptoms and ease the excruciatingly agonizing pain. They use this as another way to control me and set me up for jail time if I do not cooperate with their plans, which are unknown to me. Thereby giving the illusion that I am purchasing heroin or another illegal drug, which are actually God-given natural pain remedies that man himself has deemed illegal. These people control every aspect(s) of my life, so they only allow me to converse with whomever they agree to. It will would bring me some type of comfort-which they will not allow. If they really cared about me, then they would not have taken away from me, the right to continue receiving the prescriptions in the first place.

#2A No person shall be deprived of life, liberty... These people have done so far to actually put me jail just to spice things up I come to find out. At the different times I only walked down the streets, mind my business, or go about my way. They have had me arrested for battery/fighting, going thru CTA's turnstyle and for looking in a window. They have had others, sec'ty, police and anyone else pull me aside and say I did something wrong. I would have never known there was a problem. Again, I was just going about my business and proceed through life in a clear, clean and positive manner. No thoughts of misdeeds or wrong doing has/had come to mind at any time.

#2B) No person shall be... deprived of liberty... They have done everything imaginable to keep me from having any enjoyment or personal liberties contact with others. I have tried to keep contact and communication with others and all of those that I know. But, unless others agree to lie to me, on me, discredit, misuse or cause me any harm or I to them in any way. They (we) are not allowed to have any contact with me and another and I with them. They will stop my incoming calls, texts, emails, messages, facebook and any and all forms of communication with the outside world. Things like me reaching my mail and even speaking to anyone on the street.

#3 No person shall be... deprived of property, without due process of law: They have had different legitimate businesses to play a part in this charade against me like it is normal. I did nothing aside from going into these businesses either gave (banks), stores, made purchases only to not receive my money back or property. They have had these people to take these items without reason, like it is everyday normal

#6.aa

Cont'd  Complaint for Constitutional Rights p #4

business matters practice. All of this without any notice to me from either side at some point to let me know that something else was going on behind the scenes.

#4. No person... nor shall private property be taken for public use, without just compensation: They entered into my life and without warning, my knowledge or consent and proceeded to steal my private God Given Trade Secrets (property). Items from pictures, my life story and events as well as personal, business and creative ideas. Things which has never been seen or heard of ever before since the beginning of time. Nor can they see anymore or do anything else with them because I am the heirs it all. God made sure that they would not be able to get away with what HE knew they would do. The only thing I did was to reach out to others and try to get some help. I wanted to learn how to best utilize them because they were given for the benefit of the world at large from God. It was done to show a few things: ① God does exist. ② He Hears us and cares. ③ He is/Has done something about our pain and suffering. The defendants took my personal and private property under fraudulent concealment. Because they have and still are misappropriating many of my personal God-Given Abilities and Trade Secrets for their own financial gain.

V. 13th Amendment

Neither slavery nor involuntary servitude... Shall exist within the United States, or any place subject to their jurisdiction... This production company (NBC) and their

affiliates have maliciously and dangerously gone out of their way to inter-rupt and interfere with every aspect of my life for over the last three plus years. Under the disguise of entertainment, they have been secretly following and recording every event and aspect of my life. This is/has all been done without my consent, knowledge or notice and without pay. They have even begin to force me to pay them for the privilege of doing it by taking my money, personal properties and so forth. I did not find out about their presence until just a few months ago and even still they persist. Of course I have done nothing to ask for this treatment or even promote it. They expect me to work under forced slave labor conditions 24 hours a day, seven days a week, with pay or privacy. They utilize strong arm tactics such as threats, restrictions, poisoning, exposure to harsh weathers and even death. They control every single aspect of my life — my life is not my own. Nor do they allow anyone to assist me in any manner unless they control it. I can not even communicate with others in the whole world at large without them allowing it and of course it is to their benefit and against my deterrent.

Again, I am being led blindly astray through life without assistance or very limited. Especially if I do not do what they want me to do they will go out of their way to make me pay dearly. One of the things that I find so troubling with all of this is that no one finds this strange and wrong. Whether this entire situation is racial, satirical, or monetarily motivated in nature the end results are the same. Though I did nothing to warrant this treatment I have gone out of my way to prevent it all.

Michelle Townsend    Michelle Townsend 7518. 84th St. Apt. #1E CHGO, IL 60619    443.808.9215

Complaint for Violation of Constitutional Rights p. #4

12. As A Result of Defendant's Conduct, Plaintiff Was Injured As follows:

As a result of the defendant's willfully, wantonly, reckless and deadly dis-
Regard for my God's image, my family's well being and my life. Their
malicious treachery, mockery, torture, poisoning, attempted rape, vehicular
assault and murder. They have yet to cease and desist with this deadly
game of hunter and prey to my demise.

I believe the defendants are responsible for the injuries and damages to
my person and effects of the SLE (Systemic Lupus Erythematosus) flares,
the fibromyalgia, and the interconnective Muscular Skeletal Disorder.
The overall injuries from repeated strokes, heart attacks, lungs, joints
and brain damage is on the cellular and nerve level. With the constantly
jarring, unreasonable force against my body at their hands. Along with
the chronic cellular and nerve pain and the minimal to non-existent
medical care and pharmacological remedies. I am susceptible to the
withdrawals, chronic pain and dying again violently.

Biological injuries from factors that causes depression such as poisoning
to the physical damages from terminal illnesses. Psychologically, coping
style, temperament and my ability to calm and regulate my self from
outside stimuli. The social factors of having and utilizing personal or
professional supportive help. To the lifestyle factors of the lack of re-
creational fun, being overworked, isolation and the consumption of
excessive sugar and salt.

from experiencing extreme stress, unhealthy social conditions to living in an unsafe and dangerous situation. The physical toll of extreme weight loss, substance abuse, chronic (nerve and cellular) pain, fatigue and decreased medical help. Psychologically, the abandonment of any healthy social conditions or outlets only leave me in a certain frame of mind. From the feelings of worthlessness, hopelessness, and the inability to think and act clearly. These acts and actions are in response to the severe restriction of movement, false imprisonment and inability to do my God's will.

Michelle Townsend

Michelle Townsend
7518. 84th St. Apt #1E
Oleo., Il 60619
773. 828.9215